UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

KENO BOURNES,

              Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE

CR-05-03-2(FB)

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (12) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
       June 30, 2003

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(XX) LUNCH

( ) OTHER _____

U.S.D.J.